AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Western **DISTRICT OF** Massachusetts

David Mazza

## SUMMONS IN A CIVIL CASE

**V.**  CASE NUMBER: C.A. 04-30020-MAP

Verizon Sickness and Accident Disability Benefit Plan for New England Associates, Verizon Communications Inc., and Aetna Casualty and Life Insurance Company

TO: (Name and address of defendant)

Aetna Casualty and Life Insurance Company
151 Farmington Avenue
Hartford, Connecticut
(c/o Massachusetts Division of Insurance)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Collins, Esq.
121 State Street-Suite 102
Springfield, Ma.
01103

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

# RETURN OF SERVICE

Service of this summons and complaint was made by me

**DATE** February 20, 2004

**NAME OF SERVER** Denise C. Long, Constable of Boston, and a person over 21 and a disinterested party to this action

## METHOD OF SERVICE

By giving a true and attested copy of the summons and complaint in hand to Tanya Ludinsky, a person and agent in charge of Massachusetts Division of Insurance authorized to accept service for Aetna Casualty and Life Insurance Company. Said service was made at 1 South Station Boston, MA. Together with $6.00 fee.

## STATEMENT OF SERVICE FEES

| Travel | 21.00 | Service | 30.00 | Total | $57.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**EXECUTED ON** February 20, 2004        _Denise C. Long_
                                           signature of server

Denise C. Long, Constable of Boston
33 Bateman Street
Roslindale, MA. 02131