# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| DAVID MAZZA,<br>　　　　　　Plaintiff<br><br>vs.<br><br>AETNA CASUALTY AND LIFE INSURANCE COMPANY, et. al.<br>　　　　　　Defendants. | CIVIL ACTION NO.<br>04-30020-MAP |

## DEFENDANT, AETNA CASUALTY AND LIFE INSURANCE COMPANY'S[1] LOCAL RULE 7.1 CERTIFICATION OF CONSULTATION

Counsel for the defendant in this action, incorrectly named as Aetna Casualty and Life Insurance Company but which in actual fact should be Aetna Life Insurance Company ("Aetna")[2], hereby certifies that he has conferred in good faith with plaintiff's counsel in an attempt to resolve

---

[1] Aetna Casualty and Life Insurance Company, the named defendant in this action, actually does not exist, and the plaintiff's identification of the defendant is a misnomer. The actual entity to which this complaint is apparently targeted is Aetna Life Insurance Company, which, at one time, had provided certain claims administration services to the plaintiff's employer and that employer's benefit plans.

[2] See fn. 1 *supra*.

or narrow the issues raised by Aetna's motion to dismiss and motion to strike jury demand, but that the parties have not been able to resolve the issues presented by the motions.

Respectfully submitted,

**Aetna Life Insurance Company**
By its attorneys,

Dated: April 13, 2004

Stephen D. Rosenberg
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA    02110
Ph:  617/951-2929

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

Anthony G. Collins, Esq.
121 State Street - Suite 102
Springfield, MA   01103
Ph: 413/746-9003
*[Attorney for Plaintiff]*

Amy D. Seifer, Esq.
Lisa M. Birkdale, Esq.
**Verizon Communications, Inc.**
Legal Department
185 Franklin Street
Boston, MA   02110-1585
Ph: 617/743-5764
*[Attorneys for Defendants
Verizon New England, Inc. and
Verizon Communications, Inc.]*

Karen M. Wahle, Esq.
**O'Melveny & Myers, LLP**
1625 Eye Street, NW
Washington, D.C.   20006
Ph: 202/383-5300
*[Attorneys for Defendants]*

DATED this ___ day of April, 2004.

_____
Stephen D. Rosenberg
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA   02110
Ph: 617/951-2929
*[Attorney for Defendant, Aetna]*

61814.1