UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**David Mazza**
        Plaintiff      CIVIL / CRIMINAL

                 CASE NO. 04-30020
    V.

**Aetna Casualty and Life Ins. Co**
        Defendant

## NOTICE

**PONSOR**
        **D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTION TO DISMISS on JULY 20, 2004 at 2:30 P.M.

before Judge **PONSOR** in Courtroom # 2 on the 5th

floor.

                                                                   TONY ANASTAS,
                                                                   CLERK OF COURT

6/14/04                                      /s/Elizabeth A. French
                                              By:
    Date                                                         Deputy Clerk

Notice mailed to:

All counsel of record