**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| DAVID MAZZA,<br>           Plaintiff<br><br>vs.<br><br>AETNA CASUALTY AND LIFE INSURANCE COMPANY, et. al.<br>           Defendants. | CIVIL ACTION NO.<br>04-30020-MAP |

## ASSENTED TO MOTION TO CONTINUE THE HEARING ON DEFENDANT, AETNA CASUALTY AND LIFE INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT

The defendant in this action, incorrectly named as Aetna Casualty and Life Insurance Company but which in actual fact should be Aetna Life Insurance Company ("Aetna"), hereby moves the Court to continue the hearing on Aetna's Motion to Dismiss the Complaint and Motion to Strike Jury Demand, currently scheduled for Tuesday, July 20, 2004, to September 16, 20, 21 or 23, 2004, whichever date is agreeable to the Court. As reasons therefore, counsel for Aetna has a meeting on July 20, 2004, that cannot be rescheduled. Counsel for plaintiffs and co-defendant Verizon Communications, Inc., have assented to this request for a continuance and to the proposed dates.

Respectfully submitted,

**Aetna Life Insurance Company**
By its attorneys,

Dated: July 13, 2004

Stephen D. Rosenberg
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA   02110
Ph:   617/951-2929

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

> Anthony G. Collins, Esq.
> 121 State Street - Suite 102
> Springfield, MA   01103
> Ph: 413/746-9003
> *[Attorney for Plaintiff]*

> Amy D. Seifer, Esq.
> Lisa M. Birkdale, Esq.
> **Verizon Communications, Inc.**
> Legal Department
> 185 Franklin Street
> Boston, MA   02110-1585
> Ph: 617/743-5764
> *[Attorneys for Defendants*
> *Verizon New England, Inc. and*
> *Verizon Communications, Inc.]*

> Karen M. Wahle, Esq.
> **O'Melveny & Myers, LLP**
> 1625 Eye Street, NW
> Washington, D.C.   20006
> Ph: 202/383-5300
> *[Attorneys for Defendants]*

**DATED** this 11th day of July, 2004.

*(signature)*
Stephen D. Rosenberg
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA   02110
Ph: 617/951-2929
*[Attorney for Defendant, Aetna]*

65097.1