IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID MAZZA, ) | |
| ) | |
| Plaintiff, ) | Civil Act. No. 04-30020-MAP |
| v. ) | |
| ) | |
| VERIZON SICKNESS AND ACCIDENT ) | |
| DISABILITY BENEFIT PLAN FOR ) | |
| NEW ENGLAND ASSOCIATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Defendants Verizon Sickness and Accident Disability Benefit Plan for New England Associates and Verizon Communications Inc. ("Verizon") hereby move that Karen M. Wahle of the law firm of O'Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, DC, be admitted *pro hac vice* in the above case as defendants' trial counsel with local counsel identified below, on the following grounds:

1. The law firm of O'Melveny & Myers LLP is national counsel to Verizon Communications Inc.

2. Ms. Wahle has a long-standing attorney client relationship with Verizon.

3. Ms. Wahle's past experience in working with Verizon will enable it to handle this matter efficiently because of her knowledge of Verizon's operations and her past experience with Verizon's in-house counsel.

WHEREFORE, defendants respectfully request that this Court admit Karen M. Wahle *pro hac vice* in the above case as trial counsel. In support of this Motion, defendants respectfully refer this

Court to the Affidavit of Karen M. Wahle filed herewith.

Dated: November 10, 2004                Respectfully submitted,

                                        ____s/Amy D. Siefer_____
                                        Amy D. Siefer, BBO 550639
                                        Lisa M. Birkdale, BBO 549663
                                        Verizon Communications Inc.
                                        Legal Department
                                        185 Franklin Street
                                        Boston, MA  02110-1585
                                        (607) 743-5764

                                        Attorneys for Defendants
                                        Verizon Sickness and Accident Disability Benefit
                                            Plan for New England Associates
                                        Verizon Communications Inc.

DC1:603933.1