IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAZZA, )<br>)<br>         Plaintiff, )<br>   v. )<br>)<br>VERIZON SICKNESS AND ACCIDENT )<br>DISABILITY BENEFIT PLAN FOR )<br>NEW ENGLAND ASSOCIATES, *et al.*, )<br>)<br>         Defendants. )<br>) | Civil Act. No. 04-30020-MAP |

### AFFIDAVIT OF KAREN M. WAHLE

I, Karen M. Wahle do on oath hereby depose and state as follows:

1.   I am a partner at the law firm of O'Melveny & Myers LLP, 1625 Eye Street N.W., Washington, DC. I am a member in good standing of the Bars of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any jurisdiction in which I am admitted to practice.

2.   I make this affidavit in support of the Motion For Entry of Appearance *Pro Hac Vice* in this matter.

3.   My law firm is national counsel to Verizon Communications Inc. ("Verizon") and has a long-standing attorney-client relationship with the defendant.

4.   My past experience in working with Verizon will enable me to handle this matter efficiently because of my knowledge of Verizon's operations and my past experience with Verizon's in-house counsel.

5.  I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by the Court as the standard of conduct for all Attorneys appearing before it.

Executed on November __, 2004.

_____
Karen M. Wahle

Subscribed and sworn to before me this 5th day of November, 2004.

_____
Notary Public for
My Commission expires July 31, 2007

LESLIE M. POELLNITZ
Notary Public District Of Columbia
My Commission Expires July 31, 2007

DC1:603930.1