IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID MAZZA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Act. No. 04-30020-MAP |
| VERIZON SICKNESS AND ACCIDENT | ) |
| DISABILITY BENEFIT PLAN FOR | ) |
| NEW ENGLAND ASSOCIATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGREEMENT OF STANDARD OF REVIEW**

Pursuant to the Court's Order Regulating Proceedings dated November 22, 2004, this Notice serves to inform the Court that the parties have reached agreement on the applicable standard of judicial review to be used in the above matter. The parties agree that the arbitrary and capricious standard of review is applicable, as that standard is defined in Sullivan v. Raytheon Co., 262 F.3d 41, 50 (1st Cir. 2001), Terry v. Bayer Corp., 145 F.3d 28, 40 (1st Cir. 1998), and other governing First Circuit case law.

Dated:  March 2, 2005	Respectfully submitted,


    s/ Anthony G. Collins	    s/ Karen M. Wahle
Anthony G. Collins, BBO 561180	Karen M. Wahle
Law Office of Anthony G. Collins	O'Melveny & Myers LLP
121 State Street, Suite 102	1625 Eye Street, N.W.
Springfield, MA  01103	Washington, D.C.  20006
(413) 746-9003	(202) 383-5300

Attorney for Plaintiff	Amy D. Siefer, BBO 550639
 	Lisa M. Birkdale, BBO 549663
 	Verizon Communications Inc.
 	Legal Department
 	185 Franklin Street
 	Boston, MA  02110-1585
 	(607) 743-5764

 	Attorneys for Defendants Verizon Sickness and Accident Disability Benefit Plan for New England Associates and Verizon Communications Inc.