

# O'MELVENY & MYERS LLP

| | 1625 Eye Street, NW | |
|---|---|---|
| LOS ANGELES | Washington, D.C. 20006-4001 | TYSONS CORNER |
| CENTURY CITY | | BEIJING |
| IRVINE SPECTRUM | TELEPHONE (202) 383-5300 | HONG KONG |
| NEWPORT BEACH | FACSIMILE (202) 383-5414 | LONDON |
| NEW YORK | INTERNET www.omm.com | SHANGHAI |
| SAN FRANCISCO | | TOKYO |
| SILICON VALLEY | | |

March 2, 2005

OUR FILE NUMBER
892050-288

**VIA OVERNIGHT MAIL**

WRITER'S DIRECT DIAL
(202) 383-5270

Clerk of the Court
United States District Court
for the District of Massachusetts
1550 Main Street
Springfield, MA  01103

WRITER'S E-MAIL ADDRESS
kphan@omm.com

Re: *Mazza v. Verizon Sickness and Accident Disability Benefit Plan, et al. (Case No. 3:04-cv-30020-MAP)*

Dear Sir or Madam:

We represent defendants Verizon Sickness and Accident Disability Benefit Plan for New England Associates and Verizon Communications Inc. in the above-referenced matter.

Pursuant to the Court's Order Regulating Proceedings (Judicial Review of Out-of-Court Nongovernmental Decisions) dated November 22, 2004, please find enclosed for filing the parties' Agreed Record for Judicial Review.

Please feel free to contact me if you have any questions.

Sincerely,

K. David Phan

Enclosure

cc: Anthony Collins (w/ Enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAZZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Act. No. 04-30020-MAP |
| ) | |
| VERIZON SICKNESS AND ACCIDENT ) | |
| DISABILITY BENEFIT PLAN FOR ) | |
| NEW ENGLAND ASSOCIATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AGREED RECORD FOR JUDICIAL REVIEW

| EXHIBIT NO. | DESCRIPTION | SOURCE OF AUTHENTICATION |
|---|---|---|
| A | The administrative record of plaintiff's claim and appeal under the Verizon Sickness and Accident Disability Benefit Plan for New England Associates. | Co Decl. ¶ 3 |
| B | Declaration of Philip Co. | |