

# O'MELVENY & MYERS LLP

| LOS ANGELES | 1625 Eye Street, NW | TYSONS CORNER |
| CENTURY CITY | Washington, D.C. 20006-4001 | BEIJING |
| IRVINE SPECTRUM | | |
| NEWPORT BEACH | TELEPHONE (202) 383-5300 | HONG KONG |
| NEW YORK | FACSIMILE (202) 383-5414 | LONDON |
| SAN FRANCISCO | INTERNET www.omm.com | SHANGHAI |
| SILICON VALLEY | | TOKYO |

March 31, 2005

**VIA OVERNIGHT MAIL**

Clerk of the Court
United States District Court
for the District of Massachusetts
1550 Main Street
Springfield, MA  01103

OUR FILE NUMBER
892050-288

WRITER'S DIRECT DIAL
(202) 383-5270

WRITER'S E-MAIL ADDRESS
kphan@omm.com

Re:  *Mazza v. Verizon Sickness and Accident Disability Benefit Plan, et al.* (Case No. 3:04-cv-30020-MAP)

Dear Sir or Madam:

   We represent defendants Verizon Sickness and Accident Disability Benefit Plan for New England Associates and Verizon Communications Inc. in the above-referenced matter.

   On March 2, 2005, the parties filed an Agreed Record for Judicial Review pursuant to the Court's Order Regulating Proceedings (Judicial Review of Out-of-Court Nongovernmental Decisions) dated November 22, 2004. The parties have recently discovered that one of the documents (entitled "Etums Member/Event Notes Report" and located at VER MAZ 0026 - 0050) in the Agreed Record is missing two pages.

   For the sake of completeness, the parties wish to file the enclosed Agreed Amended Record for Judicial Review, which contains these two previously missing pages (located in Exhibit A at VER MAZ 0044-A and 0047-A).

   Please feel free to contact me if you have any questions.

O'MELVENY & MYERS LLP

Clerk of the Court, U.S. District Court for the District of Massachusetts, March 31, 2005 - Page 2

                              Sincerely,

                              K. David Phan

Enclosure

cc: Anthony Collins (w/ Enclosure)