# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| DAVID MAZZA,<br>　　　　　　Plaintiff<br><br>vs.<br><br>AETNA CASUALTY AND LIFE INSURANCE COMPANY, et. al.<br>　　　　　　Defendants. | CIVIL ACTION NO.<br>04-30020-MAP |

## NOTICE OF CHANGE OF FIRM NAME

To the Clerk and All Counsel of Record:

The name of the firm of the undersigned counsel has changed effective September 1, 2005. The new firm name is **The McCormack Firm, LLC**. Updated contact information is as follows:

> Stephen D. Rosenberg
> **The McCormack Firm, LLC**
> One International Place - 7th Floor
> Boston, MA   02110
> Ph:   617/951-2929
> Fax:  617/951-2672
> E-mail: srosenberg@mccormackfirm.com

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Stephen D. Rosenberg
　　　　　　　　　　　　　　　　　**The McCormack Firm, LLC**
　　　　　　　　　　　　　　　　　One International Place - 7th Floor
　　　　　　　　　　　　　　　　　Boston, MA   02110
　　　　　　　　　　　　　　　　　Ph:   617/951-2929
　　　　　　　　　　　　　　　　　Fax:  617/951-2672

77420.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Change of Firm Name* has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

> Anthony G. Collins, Esq.
> 121 State Street - Suite 102
> Springfield, MA   01103
> Ph: 413/746-9003
> *[Attorney for Plaintiff]*
>
> Amy D. Seifer, Esq.
> Lisa M. Birkdale, Esq.
> **Verizon Communications, Inc.**
> Legal Department
> 185 Franklin Street
> Boston, MA   02110-1585
> Ph: 617/743-5764
> *[Attorneys for Defendants*
> *Verizon New England, Inc. and*
> *Verizon Communications, Inc.]*
>
> Karen M. Wahle, Esq.
> **O'Melveny & Myers, LLP**
> 1625 Eye Street, NW
> Washington, D.C.   20006
> Ph: 202/383-5300
> *[Attorneys for Defendants]*

DATED this 26th day of September, 2005.

_____
Stephen D. Rosenberg