UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID MAZZA,
                    Plaintiff(s)

            v.                          CIVIL ACTION:  04-30020-MAP

VERIZON SICKNESS AND ACCIDENT
DISABILITY BENEFIT PLAN FOR NEW
ENGLAND ASSOCIATES, ET AL
                    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendants pursuant to the Memorandum and Order of the Court entered this date adopting the Magistrate Judge's Report and Recommendation and granting the Defendants' motion for Summary Judgment and denying the Plaintiff's motion for Summary Judgment.

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: January 20, 2006              By   /s/ Mary Finn
                                     Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                [jgm.]