# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DAVID MAZZA,

    Plaintiff(s)

        v.　　　　　　　　　　　　CIVIL ACTION NO. 3:04 -30020-MAP

VERIZON SICKNESS, AND
ACCIDENT DISABILITY
BENEFIT PLAN FOR
NEW ENGLAND ASSOCIATES, ET AL.,

    Defendant(s)

### AMENDED JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**AMENDED JUDGMENT** entered for the defendant Verizon Sickness and Accident Dissability Benefit Plan for New England Associates, et al, against the plaintiff David Mazza, pursuant to the court's memorandum and order entered this date, and pursuant to the January 20, 2006 memorandum and order entered, granting the defendants motion for summary judgment on all counts.

                                      **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated:  February 7, 2006　　　　　　By  /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment.wpd - 11/98) [jgm.]